**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6496

ROBERT FLETCHER HERBERT,

              Plaintiff - Appellant,

      v.

BENJAMIN F. TREASTER; DARYL SCOTT BARBER,

              Defendants – Appellees,

      and

SHERIFF JAMES MET; ARTHUR L. MYERS; BRIAN WESLEY JEFFCOAT;
DEANDRE BALL; DATRAIL BALL,

              Defendants.


Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Joseph F. Anderson, Jr., District
Judge.  (3:13-cv-00262-JFA)


Submitted:  August 14, 2014          Decided:  August 25, 2014


Before SHEDD, DIAZ, and FLOYD, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Robert  Fletcher  Herbert,  Appellant  Pro  Se.    William  Henry
Davidson, II, David Allan DeMasters, DAVIDSON & LINDEMANN, PA,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Fletcher Herbert appeals the district court's order adopting the recommendation of the magistrate judge and granting summary judgment to Defendants Benjamin F. Treaster and Daryl Scott Barber in his civil action under 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Herbert v. Treaster, No. 3:13-cv-00262-JFA (D.S.C. Mar. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED